# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-18-00224-CR

---

**Terrence Roberts, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
NO. 2014CR1155, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING**

---

### O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due July 23, 2018. On counsel's motions, the time for filing was extended to November 12, 2018. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant in part the motion for extension of time and order appellant to file a brief no later than December 4, 2018. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on November 16, 2018.

Before Justices Puryear, Goodwin, and Bourland

Do Not Publish